UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERMO FISHER SCIENTIFIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENOVIX INC., <br><br> Defendant. | Civil Action No.: |

**CORPORATE DISCLOSURE STATEMENT**

Without waiving any defense to personal jurisdiction or venue that it may raise, Plaintiff Thermo Fisher Scientific, Inc. makes this corporate and business entity disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(a):

Thermo Fisher Scientific, Inc. has no parent corporation and there is no publicly held corporation that holds more than 10% of Thermo Fisher Scientific's stock.

Respectfully submitted,

/s/Robert H. Stier, Jr.
Robert H. Stier, Jr.
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Phone: (207) 791-1163
Fax:    (207) 791-1350
Email: rstier@pierceatwood.com

*Attorneys for Plaintiff Thermo Fisher Scientific, Inc.*

November 21, 2016

{W5878255.1}

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016 a copy of the foregoing **Corporate Disclosure of Plaintiff Thermo Fisher Scientific, Inc.** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Robert H. Stier, Jr.
Robert H. Stier, Jr.